# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO ALVARADO, | Case No. 1:26-cv-00428-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 11) |
| Defendant. | |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opening brief in support of reversing or modifying a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court hereby approves the stipulation and ORDERS that Plaintiff shall have through **May 29, 2026**, to file an opening brief. The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge